**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |  |
|---|---|---|
| KANTIBHAI GOBARBHAI CHAUDHARI, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 26-13391-MJJ |
| | ) | |
| MARKWAYNE MULLIN, et al. | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**ORDER GRANTING PLAINTIFF'S**
**MOTION FOR A TEMPORARY RESTRAINING ORDER**

July 24, 2026

JOUN, D.J.

On July 24, 2026, Plaintiff Kantibhai Gobarbhai Chaudhari ("Plaintiff" or "Chaudhari") filed a complaint, [Doc. No. 1], and motion for temporary restraining order, [Doc. No. 2], against Defendants Markwayne Mullin (Secretary of the Department of Homeland Security), Todd Blanche (Acting Attorney General of the United States), Joseph B. Edlow (Director of the U.S. Citizenship and Immigration Services, "USCIS"), Leah B. Foley (U.S. Attorney for the District of Massachusetts), and the United States of America (together, "Defendants"). Chaudhari, a native of India who has been present in the United States since 2004, [Doc. No. 1-3 at 8], is awaiting USCIS's adjudication of his pending Forms I-485, I-765, and I-131, [Doc. No. 2 at ¶ 17]. Plaintiff is scheduled for a biometrics appointment on July 27, 2026, and Plaintiff fears that appearing for this appointment, as required by USCIS, "may result in immediate detention by ICE before his pending petitions are fully adjudicated." [Doc. No. 1 at 4]; [Doc. No. 2 at ¶ 5].

I agree with Plaintiff that severe and irreparable harm would occur should Plaintiff be detained and/or deported in three days. Given that "preliminary relief is necessary to prevent irreparable harm," *Doe v. Noem*, 784 F. Supp. 3d 437, 466 (D. Mass. 2025), and in line with the approach taken by other sessions of this court, Plaintiff's motion at [Doc. No. 2] is GRANTED IN PART. *See Marques Ling v. Mullin*, 26-cv-11926, Doc. No. 7 (D. Mass. Apr. 29, 2026) (entering TRO for two weeks preventing USCIS or its agents from detaining or removing Plaintiff in connection with Plaintiff's adjustment of status interview).

## I.    ORDER

1. Defendants, their agents, and anyone acting in concert or participation with Defendants are PROHIBITED from arresting, detaining, removing, or otherwise taking Plaintiff into custody in connection with his scheduled biometrics appointment on July 27, 2026.

2. The Court also ORDERS that Plaintiff must serve the pleadings and a copy of this Order on Defendants by 11am on Monday, July 27.

3. Defendants' opposition to the motion, [Doc. No. 2], is due by Wednesday, August 12.

4. Plaintiff may file a reply brief by Friday, August 14.

SO ORDERED.

/s/ Myong J. Joun
United States District Judge